# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARZA JR., | Case No. 1:17-cv-01494-AWI-SKO |
| Plaintiffs, | |
| v. | **ORDER TRANSFERRING CASE** |
| AMADOR SUPERIOR COURT, | |
| Defendants. | |

On November 6, 2017, Plaintiff Raul Garza, Jr. filed a complaint against Defendant Amador Superior Court, along with an application to proceed *in forma pauperis.* (Docs. 1, 2.) The complaint purports to allege claims pursuant to 42 U.S.C. § 1983 for deprivations under the First, Fifth, and Fourteenth Amendments to the U.S. Constitution related to a state-court habeas corpus appeal. (Doc. 1 at 3.)

It appears from a reading of Plaintiffs' allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship with the Fresno Division is minimal. Plaintiff Raul Garza is presently incarcerated at

the California Correctional Institution in Tehachapi, California, which is located in the Fresno Division. However, the events at issue in the complaint occurred in Amador County, which is part of the Sacramento Division. For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

This Court has not ruled on Plaintiffs' request to proceed *in forma pauperis* (Doc. 2).

IT IS SO ORDERED.

Dated: **November 14, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE